## HATCHER v. WRIGHT. ·

*Appeal from Des Moines Circuit Court — Friday, February 23.*

ACTION to recover of defendant the amount of a judgment discharged by plaintiff. The case turned upon the facts. No questions of law were discussed, and the judgment of the court below was sustained as being sustained by the evidence. DAY, J., delivering the opinion.

34  583
Case 2
126  351

*Stutsman & Trulock* and *W. S. Dungan* for the appellant — *Smyth & Hedge* for the appellee.